TRUMBULL COUNTY BAR ASSOCIATION *v.* BENTZ.

[Cite as Trumbull Cty. Bar Assn. *v.* Bentz (1990), 50 Ohio St. 3d 130.]

(No. 89-2168—Submitted February 13, 1990—Decided April 11, 1990.)

*Daniel G. Keating* and *Thomas G. Carey, Jr.,* for relator.

*Margaret Constantino Bentz, pro se.*

*Per Curiam.* We agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby ordered suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.